■ TROY HOUSING AUTHORITY, Appellant, v. CLEMENTE BROTHERS INCORPORATED, Respondent, et al., Defendant.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J. Bergan, Coon, Halpern and Gibson, JJ. [See *ante*, p. 804.]

■ HENRY M. FRYER, Doing Business as MEADOWVIEW CHICKS, Appellant, v. CHARLES W. PHILIPBAR, JR., Respondent.— Motion to dismiss appeal granted, without costs, Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ CHARLES W. PHILIPBAR, JR., Respondent, v. HENRY M. FRYER, Appellant.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of ARNOLD L. ELLSWORTH, as Supervisor of the Town of Esopus, Ulster County, against EDWARD R. ECKERT, Respondent.— Motion to dismiss appeal granted, by consent, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of JOHN SCAHILL against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York.— Motion to dismiss proceeding granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of MILES R. KEILEY against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York.— Motion to dismiss proceeding granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of CHARLES PLATT, Appellant, against S. GREENBERG CONSTRUCTION COMPANY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the CLAIM OF JEAN L. PEAT, Respondent, against EMERY DEUTSCH et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of ROSE M. LYNCH, Appellant, against ALFRED TURI et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *post*, p. 996.]

■ In the Matter of the Claim of WILLIAM LINCOLN, Appellant, against CARMEN VAIL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of EMMA KEYSER, on Behalf of Herself and Minor Children, Appellant, against PIONEER CONSTRUCTION COMPANY et al., Appellants, and CONGRESS PLUMBING & HEATING CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of JOHN BROWN, Respondent, against AMERICAN LEGION CHILDREN'S CAMP, Appellant and STATE INSURANCE FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.